140

683 A.2d 290

**Dianna L. CABLE, Petitioner,**

v.

**Emmanuel S. ANTHOU, Respondent.**

**No. 287 Western District Allocatur 1996.**

Supreme Court of Pennsylvania.

Oct. 9, 1996.

Kevin J. McKeon, for Petitioner.

*ORDER*

PER CURIAM:

AND NOW, this 9th day of October, 1996, the Petition for Allowance of Appeal is granted and limited to the following issue:

May a trial court order a second buccal swab DNA test when there is no evidence that the first test was defective?